# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
February 12, 2020

Lyle W. Cayce
Clerk

No. 19-40468
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

ROBERTO VILLASENOR-ORTIZ,

Defendant–Appellant.

Appeal from the United States District Court
for the Southern District of Texas
No. 7:19-CR-178-1

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Roberto Villasenor-

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-40468

Ortiz has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Villasenor-Ortiz has not filed a response.  We have reviewed counsel's brief and the relevant portions of the record.

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.